## In the matter of WILLIAM LIVINGSTON.

CRARY moved for a rule against the judges and assistant justices of the court of common pleas of the county of *Washington*, to show cause why a *mandamus* should not issue, directing them to proceed in the above cause.

It appeared that the defendant is one of the judges of the court of common pleas of *Washington* county, and was arrested on a *capias ad respondendum*, at the suit of *M'Geoch*, on the first day of the last *March* term of the court, when he was informed by the sheriff that his attendance was necessary in court.

A motion was made in the court below to quash the writ for irregularity, which motion was grounded on an affidavit of *Livingston*, that he was one of the judges, &c. and a claim of privilege to be free from arrest; and the court below set aside the *capias* and all subsequent proceedings, for irregularity.

*Crary* contended that the privilege of the defendant ought to have been pleaded in abatement. A person privileged is discharged on motion only, when arrested in *facie curiæ*. He must plead his privilege at a proper time and in a proper manner. If he puts in bail, it is a waiver of privilege. He cited 2 *Black. Rep.* 1085. *Comyns' Dig.* tit. *Privilege*. 2 *Mod.* 182.

*Skinner*, contra, cited 3 *Lev.* 343. 2 *Wils.* 228.

*Per Curiam.* A judge is not liable to arrest, by process issuing out of his own court. He is to be proceeded against by bill. In this case the defendant put in bail, and then moved to be discharged, and the court below set aside the whole proceeding as irregular. In some

A judge is not liable to arrest by process issuing out of his own court, but must be proceeded against by *bill*. Whether after bail is put in, the arrest and proceedings may be set aside on motion for irregularity, must depend on the practice of the court. This court will not interfere with the proceedings of an inferior court in this respect.

ALBANY,
August, 1811.

cases the party privileged is discharged altogether from the arrest, as being deemed irregular. (*Str.* 985.) In other cases, the party is relieved from the arrest on filing common bail. This will depend upon the rules and practice of the court. There is nothing in this case that calls for our interference.

Motion denied.